**DISMISS and Opinion Filed May 22, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00506-CV**

**TOBY PURDY, Appellant**
**V.**
**THE EXPO GROUP, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-09654**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

Before the Court is appellant's unopposed motion to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240506F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TOBY PURDY, Appellant

No. 05-24-00506-CV     V.

THE EXPO GROUP, LLC, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-09654. Opinion delivered by Justice Goldstein. Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE EXPO GROUP, LLC recover its costs of this appeal from appellant TOBY PURDY.

Judgment entered May 22, 2024

–2–